# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ROGER ALLEN MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV411-197 |
| | ) |
| STATE OF GEORGIA, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Plaintiff Roger Allen Moore failed to the pay the Court's $350 filing fee after the Court -- months ago -- twice denied him leave to proceed *in forma pauperis*. Docs. 4 & 6. His case therefore should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  11th  day of April, 2012.

                                                      /s/ G.R. Smith
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      SOUTHERN DISTRICT OF GEORGIA