IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 MAY 25 AM 9:59

RAAJ AMEXEM MOOR RAFA EL, a/k/a )
Roger Allen Moore, )
  )
    Plaintiff, )
  )
v. ) CASE NO. CV411-197
  )
STATE OF GEORGIA, )
  )
    Defendant. )
  )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of May 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA